IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD E. NEDEROSTEK and : <br> CHERYL V. NEDEROSTEK, : <br> Personal Representatives of the Estate of : <br> MARK STEPHEN NEDEROSTEK, Deceased : <br>     109 Bellevue Avenue : <br>     Springfield, PA 19064 : <br>   : <br> and : <br>   : <br> DONALD E. NEDEROSTEK : <br>     109 Bellevue Avenue : <br>     Springfield, PA 19064 : <br>   : <br> and : <br>   : <br> CHERYL V. NEDEROSTEK, : <br>     109 Bellevue Avenue : <br>     Springfield, PA 19064 : <br>   : <br>     Plaintiffs, : <br>   : <br> v. : <br>   : <br> THERESE MOORE, : <br>     19235 Kepharts Mill Terrance : <br>     Leesburg, VA 20176 : <br>   : <br> and : <br>   : <br> WILLIAM HENRY WOODS, SR., : <br>     8766 Tomlisav Street : <br>     Manassas, VA 20110 : <br>   : <br> and : <br>   : <br> COUNTY OF LOUDOUN, : <br>     1 Harrison Street, S.E., 3rd Floor : <br>     Leesburg, VA 20175 : <br>   : <br> and : <br>   : | Case No. _____ |

DEPARTMENT OF TRANSPORTATION SERVICES, :
    1 Harrison Street, S.E., 3rd Floor :
    Leesburg, VA 20175 :
    :
and :
    :
LOUDOUN COUNTY BOARD OF SUPERVISORS, :
    1 Harrison Street, S.E., 3rd Floor :
    Leesburg, VA 20175 :
    :
and :
    :
VIRGINIA REGIONAL TRANSPORTATION :
ASSOCIATION, :
    109 N. Baily Lane :
    Purcelville, VA 20132 :
    :
and :
    :
CONNEX NORTH AMERICA, INC., :
Individually and d/b/a YELLOW BUS LINES, :
    8757 Georgia Avenue, Suite 1300 :
    Silver Spring, MD 20910 :
SERVE:    Corporation Service Company :
        2711 Centerville Road, Suite 400 :
        Wilmington, DE 19808 :
    :
and :
    :
CONNEX TRANSIT, INC., :
Individually and d/b/a YELLOW BUS LINES, :
    2100 Huntingdon Avenue :
    Baltimore, MD 20910 :
SERVE:    CT Corporation System :
        1015 15th Street, NW, Suite 1000 :
        Washington, DC 20005 :
    :
and :
    :
JOHN DOE COMPANY, :
    Unknown. :
    :
        Defendants. :
    :

## **NOTICE OF REMOVAL**

The following named Defendants: 1) County of Loudoun, 2) Department of Transportation Services, and 3) Loudoun County Board of Supervisors (hereinafter collectively referred to as the "Loudoun County Defendants"), by Counsel, hereby file this Notice of Removal of the above-described action to the United States District Court for the District of Columbia from the Superior Court of the District of Columbia, where the action is now pending, and state:

1. The Loudoun County Defendants are named as co-defendants in the above-styled action.

2. The above-styled action was commenced in the Superior Court of the District of Columbia and is now pending in that Court. Process was served on the Loudoun County Defendants on or about February 1, 2006. A copy of Plaintiffs' "Complaint for Damages Under the Death and Survival Statutes & Jury Trial Demand" setting forth the claim for relief upon which the action is based was first received by the Loudoun County Defendants on February 1, 2006.

3. The United States District Court for the District of Columbia is by law given jurisdiction of the suit.

4. The Loudoun County Defendants are now and were at the time the state action was commenced, political subdivisions and/or public governmental agencies created by the laws of the Commonwealth of Virginia.

5. The Plaintiffs were at the time of the commencement of the action and still are, citizens of the Commonwealth of Pennsylvania, and each defendant was at the time of the commencement of this action and still is a citizen of either the Commonwealth of Virginia or the State of Maryland.

6. None of the defendants named are citizens of the Commonwealth of Pennsylvania. None of the defendants named are citizens of the District of Columbia.

7. Removal of this case is proper under 28 U.S.C. §1441 as there is complete diversity of citizenship between the plaintiffs and defendants, and the matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

8. The Loudoun County Defendants will give written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).

9. A copy of this Notice of Removal will be filed with the clerk of the Superior Court of the District of Columbia as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants County of Loudoun, Department of Transportation Services, and Loudoun County Board of Supervisors request that this action proceed in this Court as an action properly removed to it.

                    Respectfully submitted,
                    COUNTY OF LOUDOUN,
                    DEPARTMENT OF TRANSPORTATION SERVICES
                    LOUDOUN COUNTY BOARD OF SUPERVISORS
                    By Counsel

  /s/ Amy L. Kuzila
Amy L. Kuzila, Esquire
DC Bar No. 73506
Thomas Moore Lawson, Esquire
Thomas O. Lawson, Esquire
LAWSON AND SILEK, P.L.C.
160 Exeter Drive, Suite 103
P.O. Box 2740
Winchester, VA 22604
Phone: (540) 665-0050
Fax:    (540) 722-4051

John R. Roberts (VSB #22366)
County Attorney
Angela K. Plowman (VSB #37402)
Assistant County Attorney
One Harrison Street, S.E., 5th Floor
Leesburg, VA 20175
Phone: (703) 777-0307
Fax:    (703) 771-5025

Counsel for County of Loudoun,
Department of Transportation Services, and
Loudoun County Board of Supervisors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of February, 2006, a true copy of the foregoing Notice of Removal was mailed first class, postage prepaid to:

>Clerk, Superior Court of District of Columbia
>Civil Division
>Moultrie Courthouse
>500 Indiana Avenue, N.W.
>Room JM-170
>Washington, DC 20001
>
>Robert C. Morgan, Esquire
>Morgan Shelsby Carlo Downs & Everton
>Executive Plaza IV, Suite 100
>11350 McCormick Road
>Hunt Valley, MD 21030
>
>Robert G. McGinley, Esquire
>Law Offices of Robert G. McGinley, P.C.
>4601 Forbes Boulevard, Suite 200
>Lanham, MD 20706
>
>Therese Moore
>19235 Kepharts Mill Terrace
>Leesburg, VA 20176
>
>Virginia Regional Transportation Association
>109 N. Baily Lane
>Purcellville, VA 20132
>
>Connex North America, Inc.
>8757 Georgia Avenue, Suite 1300
>Silver Spring, MD 20910
>
>Connex North America, Inc.
>c/o Corporation Service Company, Registered Agent
>2711 Centerville Road, Suite 400
>Wilmington, DE 19808
>
>Connex Transit, Inc.
>2100 Huntingdon Avenue
>Baltimore, MD 20910

Connex Transit, Inc.
c/o CT Corporation System
1015 15th Street, NW, Suite 1000
Washington, DC 20005

Mary Dimaio, Esquire
Mahr and Associates
502 Washington Avenue
Towson, MD 21204



  /s/ Amy L. Kuzila
Amy L. Kuzila, Esquire