FILED

FEB 22 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD E. NEDEROSTEK and
CHERYL V. NEDEROSTEK,
Personal Representatives of the Estate of
MARK STEPHEN NEDEROSTEK, Deceased, et al.

       Plaintiffs,

v.

THERESE MOORE, et al.,

       Defendants.

CASE NUMBER 1:06CV00308

JUDGE: Royce C. Lamberth

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 02/22/2006

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW the undersigned, Amy L. Kuzila, Esquire, of the law firm of Lawson and Silek, P.L.C., and respectfully moves the Court to allow Thomas Moore Lawson, Esquire, principal of the firm Lawson and Silek, P.L.C., to appear *pro hac vice,* as counsel for County of Loudoun, Department of Transportation Services, and Loudoun County Board of Supervisors (hereinafter collective "Loudoun County"), which have been named as defendants in this case. In support of this motion, movant represents that Mr. Lawson is a member in good standing of the Bars of the Commonwealth of Virginia and the State of West Virginia, and that Loudoun County desires that he appear as counsel of record and at trial and hearings in this action.

Movant, who is a member of the bar of this Court, will accompany Mr. Lawson in all appearances, will sign all pleadings or notices which are required to be signed by counsel in this case, and will have authority such that the Court can deal with movant alone in all matters connected with this case, all in accordance with Local Rule LCvR 83.2(d).

WHEREFORE, movant respectfully moves the Court for an Order allowing Thomas Moore Lawson, Esquire to appear *pro hac vice* in representation of County of Loudoun, Department of Transportation Services, and Loudoun County Board of Supervisors.

Respectfully submitted,
COUNTY OF LOUDOUN
DEPARTMENT OF TRANSPORTATION SERVICES
LOUDOUN COUNTY BOARD OF SUPERVISORS
By Counsel

/s/ Amy L. Kuzila
Amy L. Kuzila, Esquire
DC Bar No. 490873
LAWSON AND SILEK, P.L.C.
160 Exeter Drive, Suite 103
P.O. Box 2740
Winchester, VA 22604
Phone: (540) 665-0050
Fax:   (540) 722-4051

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of February, 2006 a true copy of the foregoing Motion for Admission *Pro Hac Vice* was mailed first class mail, postage prepaid, to:

> Robert C. Morgan, Esquire
> Morgan Shelsby Carlo Downs & Everton
> Executive Plaza IV, Suite 100
> 11350 McCormick Road
> Hunt Valley, MD 21030
>
> Robert G. McGinley, Esquire
> Law Offices of Robert G. McGinley, P.C.
> 4601 Forbes Boulevard, Suite 200
> Lanham, MD 20706

2

Therese Moore
19235 Kepharts Mill Terrace
Leesburg, VA 20176

Virginia Regional Transportation Association
109 N. Baily Lane
Purcellville, VA 20132

Connex North America, Inc.
8757 Georgia Avenue, Suite 1300
Silver Spring, MD 20910

Connex North America, Inc.
c/o Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Connex Transit, Inc.
2100 Huntingdon Avenue
Baltimore, MD 20910

Connex Transit, Inc.
c/o CT Corporation System
1015 15th Street, NW, Suite 1000
Washington, DC 20005

Mary Dimaio, Esquire
Mahr and Associates
502 Washington Avenue
Towson, MD 21204

_____
Amy L. Kuzila, Esquire

FILED
FEB 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD E. NEDEROSTEK and
CHERYL V. NEDEROSTEK,
Personal Representatives of the Estate of
MARK STEPHEN NEDEROSTEK, Deceased, et al.

   Plaintiffs,

v.               Case No. 06 0308

THERESE MOORE, et al.,

   Defendants.

## DECLARATION OF THOMAS MOORE LAWSON

1. My name is Thomas Moore Lawson, I am above the age of 18 years, competent to make this declaration, and do so based upon my personal knowledge.

2. I am the principal of the firm of Lawson and Silek, P.L.C., with a business address of 160 Exeter Drive, Suite 103, P.O. Box 2740, Winchester, Virginia 22604, Telephone: (540) 665-0050.

3. I am a member of the Bars of Virginia and West Virginia, and have been admitted to practice in the following courts:

  U.S. Supreme Court;
  U.S. Court of Appeals, Fourth Circuit;
  U.S. District Court for the Eastern District of Virginia;
  U.S. District Court for the Western District of Virginia;
  U.S. Bankruptcy Court for the Eastern District of Virginia;
  U.S. Bankruptcy Court for the Western District of Virginia;
  Supreme Court of Appeals of West Virginia;
  U.S. District Court of the Northern District of West Virginia;
  U.S. District Court of the Southern District of West Virginia;
  U.S. Bankruptcy Court of the Northern District of West Virginia; and
  U.S. Bankruptcy Court for the Southern District of West Virginia.

4.  I have never been disciplined by any bar.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 17, 2006

_____
Thomas Moore Lawson

2