# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD E. NEDEROSTEK and**<br>**CHERYL NEDEROSTEK,**<br>**Personal Representatives of the Estate of**<br>**MARK STEPHEN NEDEROSEK,**<br>**Deceased, et. al.,**<br><br>  **Plaintiffs,**<br><br> **v.**<br><br>**THERESE MOORE, et. al.,**<br><br> **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 06-308 (RCL)**<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>ORDER</u>

Upon consideration of Motion [2] to admit Thomas Moore Lawson <u>Pro</u> <u>Hac</u> <u>Vice</u>, it is hereby

ORDERED that Motion [2] to admit Thomas Moore Lawson <u>Pro</u> <u>Hac</u> <u>Vice</u> is GRANTED; and it is further

ORDERED that Thomas Moore Lawson is hereby admitted to practice before this Court for the limited purpose of representing his client in the above-captioned case.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, February 27, 2006.