IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD E. NEDEROSTEK and
CHERYL V. NEDEROSTEK,
Personal Representatives of the Estate of
MARK STEPHEN NEDEROSTEK, Deceased, et al.

    Plaintiffs,

v.

THERESE MOORE, et al.,

    Defendants.

Case No. 1:06-cv-308-RCL

## DECLARATION OF BARBARA BROCK

1. I am above the age of 18 years, competent to make this declaration, and do so based upon my personal knowledge of the facts stated herein.

2. The vehicle involved in the accident which is the subject of the above-styled matter, at the time of the accident, was alleged to have been driven by a Therese Moore. I have searched the records of the Loudoun County Division of Human Resources and nobody by that name was, or ever has been, an employee, agent or servant of Loudoun County, the Office of Transportation Services of Loudoun County, the Board of Supervisors of Loudoun County, or any agency of Loudoun County.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 27, 2006

/Barbara Brock
Assistant Manager
Division of Human Resources
Department of Management & Financial Services

COMMONWEALTH OF VIRGINIA
COUNTY OF LOUDOUN, to wit:

Subscribed and sworn to before me, Beverly B Bowmer ss , a notary public for the state and county aforesaid, this 27th day of February, 2006.

Notary:

My commission expires: _____

My Commission Expires July 31, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD E. NEDEROSTEK and
CHERYL V. NEDEROSTEK,
Personal Representatives of the Estate of
MARK STEPHEN NEDEROSTEK, Deceased, et al.

    Plaintiffs,

v.

THERESE MOORE, et al.,

    Defendants.

Case No. 1:06-cv-308-RCL

### DECLARATION OF NANCY R. GOURLEY

1.    I am above the age of 18 years, competent to make this declaration, and do so based upon my personal knowledge of the facts stated herein.

2.    On or about July 1, 2004, the County of Loudoun, Virginia ("Loudoun County") entered into a contract (the "Yellow Bus Contract") with Yellow Bus Service, Inc. ("Yellow Bus") whereby Yellow Bus was to operate certain Commuter Bus Services as defined in the Yellow Bus Contract. A true and correct copy of the Yellow Bus Contract is attached hereto as "Exhibit A".

3.    Pursuant to the Yellow Bus Contract, Loudoun County turned over to Yellow Bus approximately 22 Loudoun County owned commuter coaches. Yellow Bus was, thereafter, responsible for storage, maintenance and use of the commuter coaches to provide the Commuter Bus Services. Yellow Bus was also responsible for the recruitment, hiring and training of all operators of the commuter coaches.

4. Loudoun County learned that one of the commuter coaches stored, maintained and used by Yellow Bus pursuant to the Yellow Bus Contract was involved in an accident in the District of Columbia involving Mark Stephen Nederostek on or about January 13, 2005. The vehicle involved in this accident was one of the 22 commuter coaches stored, maintained and used by Yellow Bus pursuant to the Yellow Bus Contract.

5. At the time of the accident, neither Loudoun County, the Office of Transportation Services of Loudoun County, the Board of Supervisors of Loudoun County, nor any agency of Loudoun County had dominion or control over the vehicle involved in the accident. Such vehicle had been turned over to Yellow Bus pursuant to the Yellow Bus Contract.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 27, 2006

*(signature)*
NANCY R. GOURLEY
Transportation Manager
Office of Transportation
County of Loudoun, Virginia

COMMONWEALTH OF VIRGINIA
COUNTY OF LOUDOUN, to wit:

Subscribed and sworn to before me, Beverly B. Boucher notary public for the state and county aforesaid, this 27th day of February, 2006.

*(signature)*
Notary: Beverly B. Boucher

My commission expires: My Commission Expires July 31, 2009