QQ-01041

## AGREEMENT FOR SERVICE

THIS AGREEMENT, is effective on the 1st day of July, 2004, by and between the County of Loudoun, Virginia, hereinafter called the "County, and Yellow Bus Service, Inc., hereinafter referred to as "Contractor".

WITNESSETH:

In consideration of the mutual covenants set forth herein, the parties agree as follows:

The Contractor shall provide operations and maintenance of the Commuter Bus Services in accordance with the scope of services, contract terms and conditions, the Contractor's letters of revision dated February 4, 2004 and February 11, 2004 contained herein and the Contractor's Operating Plan (attached), Storage and Maintenance Plan (attached), Comprehensive Staffing Plan (attached), Recruitment Hiring and Training Plan (attached), and Start Up Plan (attached).

## 1.0    SCOPE OF SERVICES

1.1    <u>Operation of Commuter Bus Service</u>

1.1.1    During the term of this agreement, the Contractor will operate the County's commuter bus service (also referred to as "revenue service"). Initially, the Contractor will follow the current service plan of routes, stops and schedules as contained in Attachment A . The current major stops are:

- Purcellville
- Hamilton
- Leesburg
- Cascades
- Lowes Island
- Dulles North Transit Center
- West Falls Church Metro Station
- Rosslyn
- Pentagon
- Foggy Bottom, 14th street corridor, K/H street corridor, Federal Triangle, SW Mall, the Capitol, and new Convention Center
- Campuses of AOL and MCI in Loudoun County

The County may direct the Contractor to modify routes, stops and schedules during the term of this agreement.  The County is required to notify the Contractor of such modifications at least thirty (30) calendar days prior to the date on which the modification is to be effective.

### 1.1.2  Route and Service Modifications Due to Significant Non-recurring Events

When significant planned events occur (such as protests, events on the Mall, street closures or construction detours), the County will plan route modifications, , with the Contractor's assistance.

### 1.1.3  Route and Service Modifications due to Minor Non-recurring Events

For minor events requiring immediate response, the Contractor will develop detours and  relocate stops.  Any such action shall be communicated immediately to the County's Office of Transportation Services, and also be communicated to the ridership through the real-time notification system.

### 1.1.4  Days When Service To Be Provided

The commuter bus service will be provided Monday through Friday.  A limited number of buses will run on some federal government holidays, as directed by the County.  No service will be provided on weekends or the following Federal holidays:

- Christmas Day
- New Years Day
- Thanksgiving Day
- Fourth of July
- Memorial Day
- Labor Day

Changes to the holiday service schedule may be made at the County's discretion.  Runs will be made in inclement weather unless the Contractor receives permission from the Director of the Office of Transportation Services or his designee to cancel or operate at a modified or lesser service level, consistent with the County's adopted inclement weather policy.  The Contractor may provide input to this decision.

1.2    Contractor Responsibilities

The Contractor will:

a. Provide storage, operation, and maintenance of 22 County-owned commuter coaches. All coaches are new, MCI D4500, restroom equipped, 55 passenger buses designed for a combination of highway and urban transit. Nineteen (19) of the buses will be used in revenue service, and 3 will be designated as spare / backup buses. An adequate number of additional backup buses, if required to maintain the 19 bus schedule of revenue service, will be the responsibility of the Contractor. These additional back up buses shall be acceptable to the County, comparably equipped and with same capacity as the County-owned coaches.

b. Provide adequate facility to store, secure, and maintain the buses. A storage and maintenance plan is approved by the County. These buses are owned by a Virginia county government, will be registered in Virginia and will require Virginia inspections. The buses shall be stored at the Virginia Regional Transit Association located in Purcellville, Virginia.

c. Provide operators with Commercial Drivers License with appropriate endorsements to operate commuter coaches in revenue service. The Contractor shall be responsible for provision of driver training as outlined in the Training section of this document. All operators shall wear uniforms identifying the Loudoun County Service, and a nametag.

d. Complete all scheduled route hours are on a daily basis. No trips are to depart from designated boarding locations ahead of schedule, and all runs are to begin on schedule.

e. Furnish all personnel assigned to this service with Nextel (or comparable) mobile phones , and provide two additional Nextel or comparable phones to the County operations staff.

f. Perform all maintenance, inspections, and service required to maintain the County-owned vehicles. This shall include state safety inspections, preventative maintenance, and non-scheduled maintenance, any and all other testing and inspections required by the OEM (original equipment manufacturer), the County, the State of Virginia, and any federal or local inspection requirements.

g. Furnish all necessary supervision, labor, tools and parts required to clean, inspect, and maintain the fleet in a condition and state of repair consistent with OEM maintenance standards and the requirements of this agreement.

h. Maintain the vehicles during the term in good repair and condition satisfactory to the County Fleet Manager or his designee. Routine maintenance shall be accomplished by the Contractor, (i.e., light bulb and lamp replacement, scheduled oil and fluid changes, coolant hose replacement, belt replacement and adjustment, windshield wiper replacement, brake adjustments, etc.) Major repairs and equipment adjustments are also part of this agreement. Only original equipment manufacturer (OEM) parts and supplies shall be used unless the contractor submits a written request to the County Fleet Manager or his designee with all relevant documentation, for a specific waiver from this requirement, and is granted that request. As a result of required vehicle repairs, the contractor shall ensure that all reassembly tasks are performed in such a manner that the vehicle remains in the same OEM configuration as it was received.

i. Use the MIS system "FASTER" to develop work orders, account for parts, labor, and fluids, and maintain vehicle automated records.

j. Provide all other functions necessary for safe, reliable, and efficient operation of the bus service not specifically described herein.

k. Provide real-time notification of delays and detours (via text messaging) and dispatch function to support the system. In addition, after hours phone number must be provided to dispatch for rider inquiries.

4

l.      Provide a Daily Operations Report to the County detailing the runs, buses, assigned drivers, timings, ridership, and any other data as specified by the County. Monthly reports showing revenue service characteristics, fuel and maintenance records, will be provided as directed by County.

m.      At such time as fareboxes are installed in the County-owned coaches, be responsible for ensuring that (i) the farebox system is used  in accordance with any guidelines issued by the County, and (ii) proper farebox deposits and data transmissions are made on a daily basis, or as otherwise directed by the County.

n.      Be responsible for the replacement of any bus involved in an accident that is deemed a total loss by the insurance company. The replacement bus shall be acceptable to the County.  The contractor shall also be responsible for providing a replacement / spare at the Contractor's expense for any bus involved in an accident that will be out of service. The replacement / spare bus shall be comparably equipped and of equal value and quality and acceptable to the County. Contractor may be allowed to use any insurance settlement funds to offset the replacement cost of the vehicle.

1.3     <u>County Responsibilities</u>

The County will provide fuel for service; vehicle licensing for County-owned vehicles; transponders for use on the Greenway, Toll Road, and Airport Access slip gate; route planning and printed schedules; fare media (tickets and/or tokens) and fare schedule; record keeping forms; specialized marketing of service; administrative oversight; and other items as may be considered appropriate by the County. Contractor shall be responsible for paying all non-vehicle-related taxes, violation fines, etc.

The County is responsible for the following: establishing minimum acceptable service and performance operational standards; tracking and compiling customer service complaints, and recommending resolution to Contractor; assisting with verification of on-time performance; provision of park and ride lots; bus stop sign installation and/or replacement; shelter acquisition, installation, and maintenance; and marketing program development and implementation.

5

1.4    Acceptance of Fleet

The County shall be responsible for providing the initial assigned revenue vehicle fleet required to operate the service as part of this procurement process.  This fleet will consist of 22 identically equipped MCI D4500 commuter coaches, all new. This contract may be amended during its term, by mutual agreement of the parties, to allow the County to add buses to the 22 coach fleet for additional revenue service. The County will ensure that the assigned revenue vehicle fleet is inspected in accordance with the requirements of the Virginia annual vehicle safety inspection program prior to the effective date of this contract. All subsequent Virginia state safety inspections will be the responsibility of the contractor.

The County will perform a complete inspection of each vehicle, including digital photos, that reflects the condition of each vehicle at the onset of this contract.  A copy of each inspection report and accompanying photos will be provided to the contractor, and a second copy will be filed in the vehicle permanent record.  This inspection report will serve as the official documentation of the fleet condition at onset of the contract.

1.5    Obligations at end of contract

The Contractor shall cooperate with the County to ensure a smooth transition to any successor Contractor, at the expiration of this contract.  The transition requirements include but are not limited to the following:
- Access: The Contractor shall provide the County and any new service provider reasonable access to the revenue vehicles.
- Data: The Contractor shall share (to the extent permitted by law) with the new service provider applicable wage, benefits, employee records, and other relevant information relating to any Contractor employees.
- Documents: The Contractor shall provide the new service provider with copies of all permits, licenses, and other relevant documents, which remain with the fleet and are the property of the County.
- Maintenance records: The Contractor shall leave up to date accurate records of the revenue vehicle fleet. **These records are the property of the County.**

6

- Vehicles: All vehicles shall be returned to the County on the last day of the contract less normal wear and tear in sound mechanical and operating condition per industry standards. The condition of the fleet shall be determined by fleet inspections conducted by an independent auditor hired by the County. The Contractor may participate in the selection of the independent auditor; provided, however, the County will make the decision on selection of the auditor, in its sole discretion. The first of these inspections will be performed approximately three months prior to the expiration of the contract. A second and final inspection shall be performed on or around the expiration date of the contract. Copies of the completed reports for each vehicle showing which items passed, which failed, and which were borderline, with accompanying notes, divided into the following, but not limited to, categories:

    - Structural frame / chassis
    - Suspension
    - Engine
    - Transmission
    - Electrical systems
    - Air system
    - Brake system
    - Climate control
    - Interior driver controls
    - Interior passenger controls
    - Interior condition
    - Exterior body condition
    - Tires
    - Lights and destination signs
    - Engine compartment
    - Accessibility features, including wheelchair lift, access doors, and luggage compartment doors
    - Restrooms
    - Farebox
    - Road test
    - Maintenance records
    - Fluid samples

7

- The Contractor shall be responsible for repairs identified in the initial inspection.  The Contractor shall notify the County in writing for each vehicle identified when the repairs are completed.

- The Contractor and County fleet management personnel, along with the auditor that conducted the revenue fleet inspections shall conduct a final inspection of the vehicle on or about the date the contract expires to determine that the repair work required is complete.  The initial inspection conducted at the beginning of the contract and the inspection accomplished by the auditor will be the basis for the final inspection.

- If the Contractor fails to complete the repairs satisfactorily, the cost of repairs required to any vehicle returned by the Contractor shall be deducted from any funds due to the Contractor.  The rates for any required repair work at contract termination will be set solely by the County based on prevailing labor rates, assessed at a time and a half labor charge, overheads, and other administrative costs used by the Garage.  In addition, actual OEM equipment / parts costs to include a 30% markup will be applied as required, and a 5% administrative cost will be added.

- These two inspections will identify those items considered normal wear and tear.  If an item is considered to be borderline, the auditor will propose a fair and equitable solution.  The auditor will be the sole arbiter in decisions related to accountability for deferred maintenance.  The independent auditor's decisions will be binding.

1.6    Preventative Maintenance (PM)

Periodic inspection and servicing checklists shall be employed that conform at a minimum to the manufacturer's most stringent service recommendations and generally accepted best industry practices. The objectives of this program will be to assure that vehicles operate to the next scheduled service without a failure, and vehicle service life is maximized.  All minor deferred repairs shall also be completed at this time.  In addition, all maintenance work shall conform to, but not be limited to, the requirements of the manufacturer's warranties.  Every third PM program shall include fluid analyses including oil and transmission fluid, and, if requested, coolant.

1.7    Preventative Maintenance (PM) Heating and Air Conditioning, Doors, and Wheelchair Lift Systems

The Contractor shall provide separate PM programs for the vehicle heating and air conditioning (HVAC), wheelchair lift systems, and access and luggage compartment doors. Periodic inspection and servicing checklists shall be developed that conform at least to the manufacturers' most severe service recommendations and generally accepted best industry practices. The Contractor shall properly maintain operating HVAC systems on all revenue vehicles at all times. No revenue vehicle shall be permitted to enter revenue service without a properly functioning heating or A/C system and the Contractor shall be expected to make all reasonable efforts to change out a vehicle that experiences a malfunctioning heating or A/C system while in revenue service.

1.8    General Repairs

Contractor shall provide as required all general repairs to vehicles provided under this agreement. This includes replacement of items that are or appear to be worn out (such as seat covers, carpet, etc.) Torn seats, along with any interior components that become broken or have exposed edges that could cause passenger injury shall be repaired immediately.
In no event shall Loudoun County be required to repair, replace, or maintain any bus. Contractor shall be fully responsible for all repair, maintenance, and provision of backup buses during the term of the Contract, including timely replacement of buses damaged beyond repair. Any "replacement buses" are subject to County approval, and will require the advance approval of the County Fleet Manager.

1.9    Non-scheduled Repairs

Procedures shall be developed by the Contractor to ensure that all repairs are completed in a timely manner. Those that are safety related or could cause further damage will be repaired before that vehicle returns to service. Contractor shall cause all components of each bus, including, but not limited to, its body, frame, furnishings, mechanical, electrical, hydraulic, or other systems to be maintained in proper working condition, free from damage and malfunction.

9

1.10    Parts, Lubricants, and Supplies

Contractor, at its sole cost and expense, shall maintain inventories and supplies of lubricants, parts and supplies required for the maintenance and operation of all buses. Once installed, tires, parts and other supplies, which are ordered for the operation and maintenance of County vehicles, will become County assets. Adequate levels of parts, supplies, and fluids will be maintained to ensure timely repair of vehicles. The Contractor supplied parts and fluid inventory shall remain the property of the contractor upon completion of the term of this contract.

1.11    Tires

The Contractor shall be responsible for maintaining an adequate inventory of tires that meet the manufacturer's minimum tire rating requirements, to minimize downtime on vehicle. The Contractor supplied tire inventory (those tires not installed on buses) shall remain the property of the Contractor upon completion of the term of this contract. Prior to purchasing tires for the buses, the Contractor shall contact County Fleet Manager or designee to determine if the tires can be acquired at a lesser cost through the County tire purchase contract. If so, the Contractor shall purchase the tires through the County.

Spare tires provided with the delivery of the buses shall serve as the initial tire bank for the contractor.

1.12    Painting of Vehicles

Paint schemes developed by the County are to be maintained by the Contractor. Any repairs made to the exterior of the body shall conform to these standards.

1.13    Required Servicing and Cleaning

- **Servicing:** On a daily basis, the Contractor shall service each vehicle used that day. Servicing includes, but is not limited to, fueling, checking engine oil, transmission fluid, and coolant levels, and reading and recording Hubometer readings.

10

- **Vehicle exteriors:** The exteriors shall be washed weekly and the exterior of each vehicle shall be kept clean from road dust, mud, tar, grime, and graffiti. Wheels shall be periodically cleaned to maintain appearance.

- **Vehicle interiors:** At a minimum, but more often as needed, interiors shall be swept and cleaned of trash once daily. Monthly each vehicle shall be deep cleaned which includes, but is not limited to ceiling, walls, floors, seats, drivers' area and dash, farebox and windows. In addition, Contractor shall be required to remove all noticeable trash from each vehicle after each run. On a monthly basis, interiors shall be detailed. Bi-annually, at a minimum, the inside headsign glass and inside of interior light fixtures shall be cleaned.

- **Interior pest control:** The interior passenger compartment of each vehicle shall be free of roaches, other insects or vermin, as well as noxious odors from cleaning products, pest control products, and exhaust fumes emitted by the engine. Contractor is prohibited from using any pest control or cleaning product that would be hazardous to the health and well being of the passengers and operator of the vehicle.

- **Restrooms:** Contractor is required, at a minimum, to dump and service restrooms every other day or more often as needed. Weekly, restroom fixtures are to be wiped down as part of the deep cleaning process.

- **Graffiti:** Contractor shall remove all graffiti from the exterior or interior of the vehicles as soon as it is found or as soon as it is practical before it goes in service the following day. If the graffiti is offensive or vulgar and cannot be removed, the graffiti should be covered or that vehicle shall be taken out of service. If graffiti is etched or scratched into the surface of the glass or paint, that area is to is to be replaced or repaired as necessary as soon as possible.

### 1.14    Bus Engine/Powertrain Replacement

Loudoun County will pay only the cost of the replacement powertrain components themselves (i.e., engine, transmission, differential, and warranty) and will do so only under the following conditions.  The Contractor shall furnish the labor for powertrain component replacement as an integral part of the Contractor cost.  Contractor shall procure the components from factory authorized dealers on a competitive basis, including minimum extended warranties of 5 years / 300,000 miles for engines and 1 year / 25,000 miles for transmission, unless otherwise specified by the County.  A minimum of three quotes for the component shall be provided to the County.  All quotes are subject to an audit by County.  The Contractor charge back will be the actual contractor cost with a 2% administrative fee assessed for procurement costs.  Any core charges will be deducted from that cost.  Should a core refund be denied by the Contractor's vendor, then the County may authorize the core payment.  Shipping costs may be added to the cost of the assembly with invoice documentation.

Contractor shall also pay for all accessories and parts (hoses, gaskets, wiring, brackets, clamps, alternators, pumps, etc.) that need to be or should be replaced at the same time that a component is being replaced.  When replacing engines, the Contractor shall thoroughly clean and repaint the engine bay.  Loudoun County's payment responsibility for power-train component replacement shall be limited to only those engines, transmissions, and differentials that fail and have exceeded warranty coverage. The County has purchased extended warranty on these components, and the Contractor must comply with all warranty terms, conditions and terms.

Any repairs after 300,000 miles that do not require power-train component replacement shall be the Contractor's responsibility.  Should there be a dispute, Loudoun County or its agent will make the determination.

The Contractor shall seek recovery of the cost of replacement of components still under warranty as detailed in the Warranties section.

12

1.15  Destination Signs

The Contractor shall perform any required maintenance, including any required programming, to ensure proper operation of all revenue vehicle destination signs.  The County is the custodian of the program card(s) and software, and will direct the Contractor to perform any programming.  Card(s) will be returned to the County at the completion of programming.  The destination sign system on the buses is a Luminator System.

1.16  Fuel

The County will be responsible for supplying all fuel for buses at a County fueling site, using the County fueling system.  These are automated sites, available twenty-four (24) hours per day, 7 days per week.

County fueling facilities exist at:

- 42000 Loudoun Center Place, Leesburg, Virginia
- 42598 Cochran Mill Rd., Leesburg, Virginia
- 21670 Ashburn Road, Ashburn, Virginia
- 38159 West Colonial Highway, Hamilton, Virginia

The County will not pay for, nor reimburse the Contractor for fuel purchased off-site or on-route unless emergency fueling is approved in advance by the County. Contractor shall be required to participate in the conversion to ultra low sulfur #1 diesel fuel, if the County makes the change during the term of the contract. Cost of the  conversion will be borne by the County.

1.17  Contractor's Personnel

a.  Vehicle Operator Requirements

Contractor shall conduct pre-employment DMV checks of all personnel, including subcontractor employees, hired for service and shall check DMV records at least every six months.  Operators shall meet the following requirements:

13

- No more than two moving violations in the last five years prior to application for this program.
- Must be at least 21 years of age.
- If license has ever been suspended, applicant shall have most recent two full years with no violations.
- None of the following: (1) has been convicted of a felony; (2) any record of alcohol or drug offense.
- Operator may not be addicted to the use of alcohol or controlled substances.
- Operator may not be subject to outstanding warrants for arrest.
- Operator shall be able to read, write, and speak English.
- Operator shall be able to count money and understand Loudoun County's fare structure.
- Operator shall have thorough knowledge of the routes, stops, and service area as evidenced by training, testing, and certification prior to operating in revenue service. Operators of commuter routes shall be certified in all routes to allow for reassignment of drivers.
- Operators shall be trained and certified in the use of the MCI D4500 commuter coach, or any additional vehicle assigned to the service.
- Operator shall be able to respond to complaints or problems as required, and shall maintain a courteous attitude, responding to customer inquiries and concerns.
- No smoking is allowed on buses at any time.

b.  Employee Training and Certification:

1. Operator Training

The Contractor shall be required to thoroughly train, test, and certify all employees assigned to work in the Loudoun County service. A training and certification timetable and plan shall be developed for County approval.

14

Minimum Bus Operator Training elements:
- Defensive driving
- Behind the wheel (MCI D4500 commuter coach)
- Night-time and early AM operation
- Safety, security, emergency, and accident procedures
- Customer relations
- Service routes and schedule specific to assignment
- General route familiarization
- Local operating procedures
- Vehicle familiarization to include controls, handling, maneuvering, backing-up, pre and post-trip inspection procedures
- Fare collection to include fare media, equipment, revenue accounting, and farebox procedures
- ADA training to include stop announcements, service animals, vehicle identification at multi route stops, service to riders using respirators and portable oxygen, wheelchair lift operation, etc.
- Schedule and map reading
- Communication procedures (Nextel or comparable)
- Destination sign operation
- Uniform requirements
- Incident and accident handling and reporting procedures
- Contractor designated personnel shall participate in emergency preparedness training and activities as directed by the County. The Contractor shall participate in the direction of these activities.
- Contractor employees shall participate and comply with the requirements of the County's Drug and Alcohol Program

15

2.    Maintenance Personnel Training:

The mechanics employed by the Contractor, performing maintenance on County-owned buses shall have any and all certifications required to make repairs on any systems of the buses covered by the contract. Motor Coach Industries (MCI) will provide maintenance training (up to 15 days) for the Contractor's staff at either a County location or the Contractor's location, at no additional cost to the Contractor. Technicians shall be certified at a minimum at the ASE Master Medium/Heavy Truck Technician level, and have a CDL rating to drive the equipment being repaired.  It is a requirement of any resulting contract that the Contractor have a minimum of 60% of his technicians assigned to maintain the County's fleet certified to meet this requirement. Trainees or other technicians may be used if directly supervised on site by mechanics with the appropriate certification.  However, for those repairs that require technician certification by any state, local, or federal law or regulation, only a technician certified to make that test, repair or adjustment may accomplish that task.  All mechanics working on County-owned buses shall stay current on all certifications and training related to the maintenance of the buses.

3.    Supervisor Training

Personnel considered for a supervisor position shall have completed bus operator training and be certified as an operator. Additionally, they should have training and experience to provide guidance, direction, and support to the operators.

4.    Management Training

Contractor shall develop and implement a management program to ensure that the on-site manager is thoroughly familiar with the service to include routing, scheduling, customer relations and

16

marketing. This is especially essential in the start up phase so that clear, consistent, and comprehensive management is provided to the service.

c.    Key Personnel Assigned to Service

In addition to operators and mechanics, the Contractor shall employ other persons as are necessary to enable the Contractor to perform the services of any resulting contract. These key personnel at a minimum are:

- **General Manager**
- **Maintenance Manager**
- Adequate staff of **supervisors** to ensure that supervision is available at a minimum 60 minutes prior to beginning of revenue service and throughout all hours of revenue service. Supervisors may also perform the duties of drivers on a limited basis.

These positions are to be 100% dedicated to the management of the Loudoun County service, and shall not be used for any other projects without the prior approval of the Loudoun County Director of Transportation Services or his designee. The General Manager may also provide similar service to the Smithsonian Institution services in addition to duties of this agreement. The General Manager shall oversee both the operations and maintenance functions so that there is one primary point of contact for the County. The General Manager shall be identified and a resume submitted as part of the Comprehensive Staffing Plan. Individuals to fill the other positions shall be identified and resumes detailing relevant experience provided to the County within 30 days of award of this contract.

The County retains the right to demand removal or reassignment from this service of any personnel furnished by Contractor, for reasonable cause.

d.    Uniforms and Appearance:

The Contractor shall provide standardized uniforms requiring the inclusion of Loudoun County identification. The uniform for all operators and supervisors shall consist of the following:

- Uiform dress shirt, long or short sleeved, white (unless otherwise agreed to by County) and include

17

the Loudoun County Transit logo patch on the right sleeve.  Nothing on shirt may identify the Contractors name or logo.
- Dress trousers shall be black.
- If jackets or sweaters are worn over the uniform, the Loudoun County Transit patch and employee nametag shall be affixed to the outer garment on the right sleeve.  Any outer garments must be black or navy blue.
- Neckties and scarves for uniform shall be approved by the County, and shall be worn from onset of standard time to onset of daylight savings time.
- Shoes – all operators will be required to wear black shoes while on duty.  Footwear must conform to USDOT standards.  No sneakers, sandals, athletic, or open toed shoes.
- Belts are to be black or navy to match trousers.
- Operator kit contents to be defined during start up activities.

### 1.18   Reports

a.   Daily Operations Report

By 10 AM on the following business day, the Contractor shall submit a Daily Operations Report using an agreed upon format including, but not limited to the following information:

- By run, bus number and driver assigned to service
- Identification of any missed or late runs
- Time of start of each run, and arrival at first destination stop
- Weather and Traffic conditions
- Documentation of any accidents or incidents
- Out of service vehicles, reason, and length of time out of service
- Daily ridership numbers by run

18

b.    Accident / Incident Reports

Contractor personnel shall immediately notify the County regarding any and all disruptions in service, as soon as they occur via Nextel or comparable equipment, including, but not limited to, vehicle breakdowns, detours, accidents, delays, and missed runs. Written notification of accidents shall be provided within 24 hours on an approved accident or incident report form. At a minimum, the Contractor shall notify the County of any of the following: (1) collisions between a vehicle and another vehicle, person, or object; (2) passenger accidents, including falls while passengers are entering, occupying, or exiting the vehicle; (3) incidents of fainting, sickness, or assaults (physical or verbal): (4) vehicle thefts, vandalism, or fires: (5) accidents witnessed by the operator; (6) passenger complaints of injury or property damage; and (7) any accident related complaint involving a passenger, operator, or supervisor.

Contractor shall obtain a police report whenever a bus is involved in an accident.

Drug and alcohol testing shall be conducted on any operator involved in an accident, per Loudoun County policy.

c.    Other Required Reports

At a minimum, Contractor shall keep up-to-date and accurate records of the following, and such records shall be made available to the County upon request.

- Operator pre-trip inspection logs
- Daily operator logs by run
- Daily road call reports
- Farebox information
- Records for bus operating personnel as required to meet USDOT Commercial Driver regulations

- Complete training and certification records for all operators, supervisors, and mechanics

Requests for new or modified reports shall be accommodated within two weeks of such request.

d.    National Transit Database (NTD) Reporting

Data regarding all public transit service provided by the County shall be reported annually to the Federal Transit Administration (FTA). The Contractor shall collect all financial and operational data required for the NTD report utilizing the requirements for directly operated systems. The Contractor shall submit annual NTD data to the County no later than August 15 for the preceding year ending June 30. In accordance with FTA guidelines, the County will submit a consolidated report of all its contracted service. It shall be the responsibility of the Contractor to ensure that all reported data meets FTA definitions and requirements for accuracy. It shall also be the Contractor's responsibility to keep the data collection procedures current with the latest FTA guidelines and reporting requirements. Updated copies of NTD requirements and the training schedule can be obtained on the FTA website.

As part of the NTD reporting requirements, the Contractor shall be required to train and re-train its staff as FTA requirements are updated. The report of the Contractor is subject to audit by the County. The Contractor may submit an alternative passenger mile sampling methodology that complies with the FTA's requirements for approval by the Office of Transportation Services

1.19    Disaster Recovery Plan

The Contractor shall provide to the County for approval a written disaster recovery plan to be used in the event of fire or other disaster. This recovery plan shall include, at a minimum adequate facilities, personnel, and equipment to allow resumption of essential operating functions within 24 hours of disaster.

20

1.20    Auditing

During the term of this contract, the County will use both in-house
and independent maintenance auditors to review the contractors
maintenance practices and to evaluate the condition of the revenue
vehicle fleet.  The County may, in its sole discretion,  perform
unannounced random maintenance audits of vehicles, the fleet
maintenance management information system, the Contractor's
warranty recovery program, and equipment.  The Contractor shall
provide full cooperation during the audit process including access
to vehicle, facilities, and reports. At all times, the County's
designated representative(s) shall have the necessary authority to
inspect any vehicle being used by the Contractor for the system.
This authority shall include the ability to direct the immediate
withdrawal from service of any vehicle determined to be unsafe for
transporting the public. The Contractor shall repair any deficiencies
identified by the audits within 10 days after notification.  The
Contractor shall give the County a written repair schedule / timeline
for approval.

1.21    Record Keeping

The fleet **MIS FASTER System** shall be used by the Contractor to
capture cost and maintenance data on the buses being maintained
under this contract. The FASTER system is a relational database
system, Windows operated.  Standard reports formats are included
and can be created  with the Crystal Report Writer software.  The
County will provide the hardware, software, communications, and
training necessary for the Contractor to operate the FASTER
system.  Data resulting from work order action will be entered into
the system within eight business hours of the work being done.
This includes any partial work order line item labor and parts on
unfinished work orders. Options are available to allow for remote
access to this data;however, all costs incurred for this access
arethe responsibility of the Contractor. At the completion of any
resulting contract, all data, hardware, software, records, (both
electronic and paper), and other information maintained by the
Contractor will be the property of the County, and shall be
transferred to the County immediately upon contract completion.

1.22  Coordination Meetings

Contractor – County staff meetings will be conducted at a minimum of monthly, and more frequently as required.   In addition, on-site management shall attend and participate in monthly Busmeister meetings and Commuter Bus Advisory Board meetings.

1.23  Service/Support Vehicles

The contractor shall provide all other rolling stock used to support the service such as road supervision vehicles and maintenance vehicles. Contractor shall have a service truck or sub-agreement for the provision of a service truck to support road calls or road equipment failures.  A service truck shall be notified for dispatch within 15 minutes of receipt of the initial breakdown call. The contractor shall update the County with the status of the dispatched service truck as necessary. The driver or other employee shall stay with the vehicle until the service truck arrives and the bus is repaired or in transit for repair.

1.24  Warranty Work

The Contractor shall perform or cause to be performed through an authorized manufacturer's service center, all warranty work on the buses.  The Contractor shall maintain adequate licensing or certification of personnel or facilities necessary to be qualified to perform its warranty work on the equipment provided by the County.  The contractor shall ensure that all vehicle manufacturer warranty work is accomplished to guarantee compliance with necessary warranty
requirements.  Contractor shall track all warranty work in the FASTER system, including parts and labor expended for warranty work.  Contractor shall submit claims for reimbursement to the manufacturer.  As an incentive to actively pursue and defend warranty claims, the Contractor will be awarded 100% of any warranty claims reimbursed by the OEM/Supplier.

1.25  Storage and Security

The Contractor shall be responsible for the storage and security of all County-owned buses.  The location and environment of the storage lot are subject to approval by the County.

1.26    Accident Reporting/Body Damage

Accident or body damage in excess of $2500 shall not be repaired until written authorization (email) is obtained from the County Fleet Manager or his designee.  Any damage noted by the Contractor shall be reported to the County Fleet Manager or his designee within twenty-four (24) hours by email or phone message giving the bus number, and a brief description of the damage.  At the same time the contractor shall document the damage by photograph.  Digital photography is preferred.  The Contractor shall be responsible for all accident / body damage incurred during the term of this contract.

1.27    Fares and Fare Collection

**Busmeister Program:**  At this time, Loudoun County uses a volunteer Busmeister program.  The principle duties of the Busmeisters are to collect fares, sell fare media, and communicate service related information to the riders.  In consideration for this service, the Busmeisters are not charged a fare.  The contractor shall respect the agreements between the County and the Busmeisters.  The County reserves the right to discontinue or alter the Busmeister programs at any time, in which case the Contractor shall assume all such duties. This program will be modified once the electronic fare boxes are installed on the buses.

**Fare collection and Media Sales**: Loudoun County will establish all fare structures, policies, media, promotions, and discounts which may include passes, tokens, tickets, etc. In the absence of a busmeister, operators shall be responsible for collecting and recording fares from all passengers on each bus.  The contractor's operators are also responsible for selling fare media and recording required sale information only in the absence of a Busmeister.  All Contractor employees shall be familiar with and adhere to all parts of the adopted fare structure.  Only fare media specified by Loudoun County may be utilized.  Contractor shall be responsible for ensuring that operators have adequate and appropriate media for sale at all times.

**Security and Ownership of Fares:** All fares collected in connection with this service are the property of the County. Contractor shall maintain the security over collected funds, and fare media. At a future date, consideration may be given to having the Contractor keep collected fares and deduct this amount from contract payment.

**Farebox System:** Loudoun County expects to take delivery of GFI/Cubic Odyssey fareboxes either prior to the effective date of this contract or soon thereafter. These fareboxes will accept smart cards, cash, and tokens. All public transit agencies in Northern Virginia, Maryland, and the DC area will be able to accept the smart cards, which should drastically reduce the amount of cash and fare media handling. The County will provide vaults and related equipment to probe and dump fare boxes once the fare box is part of the system. The Contractor shall be responsible for ensuring that fareboxes are maintained. A farebox maintenance agreement or provision will be provided by the County. Additional procedures will be developed for the use of the fareboxes closer to implementation, and will become part of this contract.

1.28    Marketing/Public Relations

The County may call upon the Contractor to assist in delivering marketing materials when operators or supervisors will be passing distribution locations enroute to or from the start or end of a run.

1.29    Advertising

The Contractor shall not provide or allow any commercial advertising on the vehicles covered by this contract, both County owned and any Contractor provided vehicles unless approved by the County.

1.30    Potential Additional Services

During the term of this contract, the County may request that the Contractor provide non-direct service delivery functions that support and enhance transit service. Any or all of these functions, if required, would be handled through future contract amendments. Examples of these services include but are not limited to:

- Trash removal and clean up at park-and-ride lots, bus stops, and bus shelters.
- Snow removal at park-and-ride lots.

- Bus shelter maintenance, repair, and cleaning including trash pick up and removal.
- Implementation of Intelligence Transportation System applications
- Assistance with Emergency Preparedness planning and development of safety and evacuation plans.
- Distribution of public timetables, schedules, and other printed information.
- Provision of additional vehicles due to currently unforeseen system expansion and/or other unforeseen circumstances.

## 2.0    Contract Terms and Conditions

### 2.1    Procedures

The extent and character of the services to be performed by the Contractor shall be subject to the general control and approval of the Director, Office of Transportation Services, or his designee.  The Contractor shall not comply with requests and/or orders issued by other than the Director, Office of Transportation Services, or his designee acting within their authority for the County.  Any change to the contract must be approved in writing by the Purchasing Agent and the Contractor.

Unless otherwise indicated by the context, whenever a provision in this contract requires approval of, or notice to, the "County" or "Loudoun County," that term refers to the Director, Office of Transportation Services or his designee.

The Contractor is prohibited from assigning, transferring, conveying, subletting, or otherwise disposing of this agreement or its rights, title or interest therein or its power to execute such agreement to any other person, company or corporation without the prior consent and approval in writing by the County.

### 2.2    Contract Period and Service Start Up

The contract shall cover the period from July 1, 2004 through June 30, 2007, or an equivalent period depending upon date of contract award. **Service must start on July 1, 2004**. The contractor shall begin Start up activities immediately upon Notice to Proceed from the County.  Start up activities shall involve all preparations necessary to begin operation of the

service. Failure to complete start up activities in accordance with the schedule and failure to begin service on July 1, 2004 shall be considered a default. In addition to being responsible for all missed runs under the terms of the contract, the Contractor shall be subject to other remedies under the contract.

This contract may be renewed on the same terms and conditions at the expiration of the three-year period by the County with the approval and acceptance by the Contractor.. The renewal periods shall be two additional three-year periods and one one-year period.

Notice of intent to renew will be given to the Contractor in writing by the County, normally 120 days before the expiration date of the current contract. This notice will not be deemed to commit the County to a contract renewal.

The service hour rate may be increased/decreased at each one-year anniversary and renewal period. The increase/decrease shall not be more than the increase/decrease as of the latest Consumer Price Index for all Urban Consumers (CPI-U) for Public Transportation.

2.3    Material Safety Data Sheets

By law, the County of Loudoun will not receive any materials, products, or chemicals which may be hazardous to an employee's health unless accompanied by a Material Data Sheet when received.

2.4    License Requirement

All firms doing business in Loudoun County are required to be licensed in accordance with the County's "Business, Professional, and Occupational Licensing (BPOL) Tax" Ordinance.

Wholesale and retail merchants without a business location in Loudoun County are exempt from this requirement. Questions concerning the BPOL Tax should be directed to the Office of Commissioner of Revenue, telephone (703) 777-0260.

2.5    Payment of Taxes

All Contractors located or owning property in Loudoun County shall assure that all real and personal property taxes are paid.

The County will verify payment of all real and personal property taxes by the Contractor prior to the award of any contract renewal.

2.6     Insurance

The Contractor shall procure, maintain, and provide proof of, insurance coverages for injuries to persons and/or property damage as may arise from or in conjunction with, the work performed on behalf of the County by the Contractor, his agents, representatives, employees or subcontractors. Proof of coverage as contained herein shall be submitted fifteen (15) days prior to the commencement of work and such coverage shall be maintained by the Contractor for the duration of the contract period; for occurrence policies. Claims made policies must be in force or that coverage purchased for three (3) years after contract completion date.

a.     General Liability

Coverage shall be at least as broad as: Comprehensive General Liability endorsed to include Broad Form, Commercial General Liability Form including Products/Completed Operations.

1.     Minimum Limits

General Liability:

$5,000,000 General Aggregate Limit
$5,000,000 Products & Completed Operations
$5,000,000 Personal and Advertising Injury
$5,000,000 Each Occurrence Limit
$50,000    Fire Damage Limit
$5,000     Medical Expense Limit

b.     Automobile Liability

Coverage sufficient to cover all vehicles owned, used, or hired by the offeror, his agents, representatives, employees or subcontractors.

1.     Minimum Limits

Automobile Liability:

$5,000,000 Combined Single Limit
$5,000,000 Each Occurrence Limit
$5,000     Medical Expense Limit

c.     Garage keepers Liability

Coverage sufficient to cover all vehicles stores by the offeror, his agents, representatives, employees or subcontractors.

1.     Minimum Limits

Liability:

$5,000,000 Combined Single Limit
$5,000,000 Each Occurrence Limit
$5,000     Medical Expense Limit

d.    Workers' Compensation

Limits as required by the Workers' Compensation Act of Virginia. Employers Liability, $5,000,000.

e.    Fidelity Bond Coverage

Coverage sufficient to cover all participant employees through failure of any of the employees, acting alone or in collusion with others to perform faithfully their duties or to account properly for all monies and property received by vita of their position or employment.
Coverage: $250,000.00 blanket coverage

f.    Owners' & Contractors' Protective Liability

Policy will be in name of County. Minimum limits required are $1,000,000.

g.    Coverage Provisions

1.    All deductibles or self-insured retention shall appear on the certificate(s).

2.    The County of Loudoun, its' officers / officials, employees, agents and volunteers shall be added as "additional insured" as their interests may appear. This provision does not apply to Professional Liability or Workers' Compensation/Employers' Liability.

3.    The Contractor's insurance shall be primary over any applicable insurance or self-insurance maintained by the County.

4.    Shall provide 30 days written notice to the County before any cancellation, suspension, or void of coverage in whole or part, where such provision is reasonable.

5.    All coverages for subcontractors of the Contractor shall be subject to all of the requirements stated herein.

6.    All deductibles or self-insured retention shall appear on the certificate(s) and shall be subject to approval by the County. At the option of the County, either; the insurer shall reduce or eliminate such deductible or self-insured retention; or the Contractor shall be required to procure a bond guaranteeing payment of losses and related claims expenses.

7.      Failure to comply with any reporting provisions of the policy(s) shall not affect coverage provided the County, its' officers/officials, agents, employees and volunteers.

8.      The insurer shall agree to waive all rights of subrogation against the County, its' officers / officials, agents, employees or volunteers for any act, omission or condition of premises which the parties may be held liable by reason of negligence.

9.      The Contractor shall furnish the County certificates of insurance including endorsements affecting coverage. The certificates are to be signed by a person authorized by the insurance company(s) to bind coverage on its' behalf, if executed by a broker, notarized copy of authorization to bind, or certify coverage must be attached.

10.     All insurance shall be placed with insurers maintaining an A.M. Best rating of no less than  an A:VII. If A.M. Best rating is less than A:VII, approval must be received from County's Risk Officer.

11.     All coverages designated herein shall be as broad as the Insurance Services Office (ISO) forms filed for use with the Commonwealth of Virginia.

## 2.7     Hold Harmless Clause

The Contractor shall, during the term of the contract, including any warranty period, indemnify, defend, and hold harmless the County, its' officials, employees, agents, and representatives thereof from all suits, actions, or claims of any kind, including attorney's fees, brought on account of any personal injuries, damages, or violations of rights, sustained by any person or property in consequence of any neglect in safeguarding contract work or on account of any act or omission by the contractor or his employees, or from any claims or amounts arising from violation of any law, bylaw, ordinance, regulation or decree. The vendor agrees that this clause shall include claims involving infringement of patent or copyright.

## 2.8     Safety

All contractors and subcontractors performing services for the County of Loudoun are required and shall comply with all Occupational Safety and Health Administration (OSHA), State and County Safety and Occupational Health Standards and any other applicable rules and regulations. Also all contractors and subcontractors shall be held responsible for the safety of their employees and any unsafe acts or conditions that may cause injury or damage to any persons or property within and around the work site area under this contract.

### 2.9    Notice of Required Disability Legislation Compliance

Loudoun County government is required to comply with state and federal
disability legislation:  The Rehabilitation Act of 1993 Section 504, The
Americans with Disabilities Act (ADA) for 1990 Title II and The Virginians
with Disabilities Act of 1990.

Specifically, Loudoun County, may not, through its contractual and/or
financial arrangements, directly or indirectly avoid compliance with Title II of
the Americans with Disabilities Act, Public Law 101-336, which prohibits
discrimination by public entities on the basis of disability.  Subtitle A protects
qualified individuals with disability from discrimination on the basis of
disability in the services, programs, or activities of all State and local
governments.  It extends the prohibition of discrimination in federally
assisted programs established by the Rehabilitation Act of 1973 Section
504 to all activities of State and local governments, including those that do
not receive Federal financial assistance, and incorporates specific
prohibitions of discrimination on the basis of disability in Titles I, III, and V of
the Americans with Disabilities Act.  The Virginians with Disabilities Act of
1990 follows the Rehabilitation Act of 1973 Section 504.

### 2.10    Ethics in Public Contracting

The provisions contained in Sections 2.2-4367 through 2.2-4377 of the
Virginia Public Procurement Act as set forth in the 1950 Code of Virginia, as
amended, shall be applicable to all contracts solicited or entered into by this
County.  A copy of these provisions may be obtained from the Purchasing
Agent upon request.

The provisions of this article supplement, but do not supersede, other
provisions of law including, but not limited to, the Virginia Conflict of Interest
Act (§2.1-348 et. seq.), the Virginia Governmental Frauds Act (§18.2-498.1

et. seq.) and Articles 2 and 3 of Chapter 10 of Title 18.2.  The provisions
apply notwithstanding the fact that the conduct described may not constitute
a violation of the Virginia Conflict of Interests Act.

2.11   Employment Discrimination by Contractors Prohibited

Every contract of over $10,000 shall include the following provisions:

1.   During the performance of this contract, the contractor agrees as follows:

   a.   The contractor will not discriminate against any employee or applicant for employment because of race, religion, color, sex, national origin, age or disability, or any other basis prohibited by state law relating to discrimination in employment, except where there is a bona fide occupational qualification reasonably necessary to the normal operation of the contractor. The contractor agrees to post in conspicuous places, available to employees and applicants for employment, notices setting forth the provisions of this nondiscrimination clause.

   b.   The contractor, in all solicitations or advertisements for employees placed by or on behalf of the contractor, shall state that such contractor is an equal opportunity employer.

   c.   Notices, advertisements and solicitations placed in accordance with federal law, rule or regulation shall be deemed sufficient to meet this requirement.

2.   The Contractor will include the provisions of the foregoing paragraphs, a, b, and c in every subcontract or purchase order of over $10,000, so that the provisions will be binding upon each subcontractor or vendor.

2.12   Drug-free Workplace

Every contract of over $10,000 shall include the following provisions:

During the performance of this contract, the contractor agrees to (i) provide a drug-free workplace for the contractor's employees; (ii) post in conspicuous places, available to employees and applicants for employment, a statement notifying employees that the unlawful manufacture, sale, distribution, dispensation, possession, or use of a controlled substance or marijuana is prohibited in the contractor's workplace and specifying the actions that will be taken against employees for violations of such prohibition; (iii) state in all solicitations or advertisements for employees placed by or behalf of the contractor that the contractor maintains a drug-free workplace; and (iv) include the provisions of the foregoing clauses in every subcontract or purchase order

31

of over $10,000, so that the provisions will be binding upon each subcontractor or vendor.

For the purpose of this section, "drug-free workplace" means a site for the performance of work done in connection with a specific contract awarded to a contractor in accordance with this chapter, the employees of whom are prohibited from engaging in the unlawful manufacture, sale, distribution, dispensation, possession, or use of a controlled substance or marijuana during the performance of the contract.

2.13   Faith-Based Organizations

Loudoun County does not discriminate against faith-based organizations.

2.14   Exemption from Taxes

The County is exempt from State Sales Tax and Federal Excise Tax.  Tax Exemption Certificates indicating the County's tax exempt status will be furnished by County of Loudoun on request.

2.15   Loudoun County Liquidated Damages

Loudoun County's customers are largely professionals with over half employed by the federal government.  The length of their trip, particularly the time spent on the bus, schedule adherence, climate control, and other passenger amenities are major priorities.  Our patrons have high expectations and since most have autos, they are discretionary riders.  As such, they demand a higher level of service than traditionally is assumed for transit riders. This fact exerts a strong influence on Loudoun County's selection of a service contractor.

The County will suffer damage if the service rendered by the Contractor is inadequate; however the County is unable to precisely quantify actual damages for inadequate services rendered under this contract. Therefore the County may apply liquidated damages for inadequate service delivery. The County has identified the service delivery infractions, has indicated the nature of the damage that would be suffered due to each type of infraction and has assigned an amount of liquidated damage to each.

| Infraction | Amount of Damages | Type of Damages |
|---|---|---|
| **Service Delivery Related Damages:** | | |
| *For purposes of liquidated damages, certain terms used in this schedule are defined as follows:* | | |
| *"Boarding location" means all Park and Ride Lots in Loudoun County in the AM, and in the PM means "first boarding location"as defined below.* | | |
| *"First boarding location" means any boarding location shown on the most current schedule of revenue service as the first stop on AM and PM Routes, and the stops at Rosslyn, Pentagon, MCI and West Falls Church Metro.* | | |
| Departing designated boarding location more than one minute in advance of scheduled departure time. | $50 per occurrence | Loss of Ridership |
| Departing from first boarding location more than 5 minutes, but less than 15 minutes following the scheduled departure time. Delays caused by situations beyond the Contractors control will be factored (i.e. traffic, weather, etc) into the decision. | $50 per occurrence | Loss of Ridership |
| Failure to comply with driver uniform standards, after one documented occurrence. | $50 per occurrence | Loss of Ridership |
| Failure to display the proper vehicle message sign, after one documented occurrence per operator. | $50 per occurrence | Loss of Ridership |
| Departing from first boarding location more than 15 minutes, but less than 60 minutes following the scheduled departure time. Delays caused by situations beyond the Contractors control will be factored (i.e. traffic, weather, etc) into the decision. | $100 per occurrence | Loss of Ridership |
| Failure to properly complete and document pre-trip inspections. | $100 per occurrence | Damage or loss of equipment |
| Failure to collect and correctly record the appropriate fare per fare collections procedures, after one documented occurrence. | $100 per occurrence | Loss of Fares |

33

| Infraction | Amount of Damages | Type of Damages |
|---|---|---|
| Failure to properly screen and train drivers per the hiring and training standards prior to participation in revenue service. | $100 per occurrence | Loss of Ridership; jeopardizing safety of passengers |
| On the second occurrence by an individual driver, involvement in an accident where the operator is charged by the police or an accident on the Contractor's property which removes a vehicle from service | $250 per occurrence | Damage or loss of equipment |
| . Failure to begin run within 60 minutes of schedule, or to make scheduled run. | $500 per occurrence | Loss of Ridership |
| Failure to dispatch, within 15 minutes of notification, replacement bus to breakdown with passengers. | $500 per occurrence | Loss of Ridership, jeopardizing safety of passengers |
| Failure to properly secure a County-owned vehicle when leaving it unattended. | $500 per occurrence | Damage or loss of equipment |
| **Reporting Requirement Related Damages:** | | |
| Failure to comply with County reporting requirements, including deadlines and accuracy. | $50 per occurrence | Loss of Fares and damage or loss of equipment |
| Failure to report an accident or incident as defined in Section (2.1.17.) Reports (b) Accident/Incident Reports . | $1000 per occurrence | Damage or loss of equipment |
| **Maintenance Related Damages:** | | |
| Failure to adhere to restroom standards as defined in Section (2.1.12) required Servicing and Cleaning. | $50 per occurrence | Loss of Ridership |
| Failure to adhere to standards of bus cleanliness. | $50 per occurrence | Loss of Ridership |
| Failure to maintain complete and current vehicle maintenance records and to enter this same information into the FASTER system within 8 hours of repair. | $50 per day | Damage or loss of equipment |

| Infraction | Amount of Damages | Type of Damages |
|---|---|---|
| Failure to complete general repairs within two business days of mechanical deviation. Contractor will not be held liable for any delays caused by outside warranty shops, parts vendors, parts availability, or any circumstance beyond the Contractor's control.. | $100 per day overdue | Loss of Ridership |
| Failure to comply with County fluid analysis program. | $250 per occurrence | Damage or loss of equipment |
| Operating vehicle without heating or A/C per standards. | $250 per occurrence | Loss of Ridership |
| Failure to maintain buses per PM standards. | $500 per occurrence | Damage or loss of equipment |
| Failure to operate County owned vehicles free of safety defects as defined by the Federal Motor Carriers Safety Act. | $500 per occurrence | Jeopardizing passenger safety |
| Failure to properly maintain wheelchair lifts per PM schedule and guidelines resulting in failure during revenue service. Documentation of service history in MIS Faster System will be considered a determining factor. | $1000 per occurrence | Compliance with ADA requirements |

The County will inform the Contractor of any infraction when they are brought to the County's attention. The Contractor will have 5 business days to research the infraction and respond to the County. The County will also inform the Contractor of the result of the County's investigation(s). Based on this information, the County will inform the Contractor of any liquidated damages that may be applied.

Failure to assess liquidated damages in any circumstance does not negate or abridge Loudoun County's right to assess such damages in the future for the same infraction or infractions of the contract for which Loudoun County previously waived or failed to assess such damages.

### 2.16   Substitutions

NO substitutions, including key personnel, or cancellations permitted after award without written approval by the Division of Purchasing and Support Services.

### 2.17   Invoicing and Payment

The Contractor shall submit invoices, in triplicate, monthly, such statement to also include a detailed breakdown of all charges.

Invoices shall be based upon completion of tasks or deliverables and shall include progress reports.

All such invoices will be paid promptly by the County unless any items thereon are questioned, in which event payment will be withheld pending verification of the amount claimed and the validity of the claim. The Contractor shall provide complete cooperation during any such investigation. One copy of all invoices shall be forwarded to the following address:

> County of Loudoun, Virginia
> Department of Financial Services
> Division of Finance and Accounting
> 1 Harrison Street, SE, 4th Floor
> P.O. Box 7000
> Leesburg, Virginia  20177-7000

And one copy forwarded to the following address:

> County of Loudoun
> Office of Transportation Services
> 1 Harrison Street, SE
> 3rd Floor
> Leesburg, VA 20175

## 2.18   Payments to Subcontractors

Within seven days after receipt of amounts paid by the County for work performed by a subcontractor under this contract, the Contractor shall either:

a.   Pay the Subcontractor for the proportionate share of the total payment received from the County attributable to the work performed by the Subcontractor under this contract; or

b.   Notify the County and Subcontractor, in writing, of his intention to withhold all or a part of the Subcontractor's payment and the reason for non- payment.

The Contractor shall pay interest to the Subcontractor on all amounts owed that remain unpaid beyond the seven day period except for amounts withheld as allowed in item b. above.

Unless otherwise provided under the terms of this contract, interest shall accrue at the rate of one percent per month.

The Contractor shall include in each of its subcontracts a provision requiring each Subcontractor to include or otherwise be subject to the same payment and interest requirements as set forth above with respect to each lower-tier subcontractor.

The Contractor's obligation to pay an interest charge to a Subcontractor pursuant to this provision may not be construed to be an obligation of the County.

## 2.19   Cooperative Procurement

As authorized in Section 2.2-4304 of the Code of Virginia this procurement is being conducted on behalf of and may be used by public bodies, agencies, institutions and localities of the several states, territories of the United States, and the District of Columbia with the consent of the Contractor.

## 2.20   Assignment of Contract

This contract may not be assigned in whole or in part without the written consent of the Purchasing Agent.

## 2.21   Termination

Subject to the provisions below, the contract may be terminated by the County upon thirty (30) days advance written notice to the other party; but if any work or service hereunder is in progress, but not completed as of the date of termination, then this contract may be extended upon written

approval of the County until said work or services are completed and accepted.

a.  Termination for Convenience

In the event that this contract is terminated or canceled upon request and for the convenience of the County, without the required thirty (30) days advance written notice, then the County shall negotiate reasonable termination costs, if applicable.

b.  Termination for Cause

The County may terminate for cause or default. Termination costs, if any, shall not apply. The thirty (30) days advance notice requirement is waived in the event of Termination for Cause.

c.  Termination Due to Unavailability of Funds

The Board of Supervisors of Loudoun County has appropriated $1,895,200 for the commuter bus service in Fiscal Year 2005, the first year of service ending June 30, 2005. In the event that (i) the amount appropriated, including any additional appropriations and combined with fare revenue, has been exhausted prior to June 30, 2005; or (ii) funds are not appropriated or otherwise made available to support continuation of performance in a subsequent fiscal year, the contract shall be canceled and the contractor shall be reimbursed for the reasonable value of any non-recurring costs incurred but not amortized in the price of the supplies or services delivered under the contract.

## 2.22  Contractual Disputes

The Contractor shall give written notice to the Purchasing Agent of his intent to file a claim for money or other relief at the time of the occurrence or the beginning of the work upon which the claim is to be based.

The written claim shall be submitted to the Purchasing Agent no later than sixty (60) days after final payment. If the claim is not disposed of by agreement, the Purchasing Agent shall reduce his decision to writing and mail or otherwise forward a copy thereof to the Contractor within thirty (30) days of receipt of the claim.

The Purchasing Agent's decision shall be final unless the Contractor appeals within thirty (30) days by submitting a written letter of appeal to the County Administrator, or his designee. The County Administrator shall render a decision within sixty (60) days of receipt of the appeal.

2.23   Severability

In the event that any provision shall be adjudged or decreed to be invalid, such ruling shall not invalidate the entire Agreement but shall pertain only to the provision in question and the remaining provisions shall continue to be valid, binding and in full force and effect.

2.24   Applicable Laws

This contract shall be governed in all respects by the laws of the Commonwealth of Virginia.

2.25   Performance Bond

The Contractor shall furnish simultaneously with the execution of the Agreement, an irrevocable letter of credit (to be approved by the County) or Performance Bond , in an amount of ten (10%) of the first year's cost. Such letter of credit or Performance Bond will cover the first year of the contract only, and will be renewed each year at the discretion of the County.

If the Contractor furnishes a Performance Bond, it must be issued with a surety licensed to conduct business in the Commonwealth of Virginia with an AM Best financial strength of "A" or better and financial size category of "VIII" or better. Failure to perform all contracted services may result in the County calling all or part of the letter of credit or Performance Bond.

## 3.0   Compensation

Compensation shall be payable as follows:

A.  A fixed annual fee shall be payable, on a monthly basis, as follows:

| | |
|---|---|
| Year 1 | Annual fee of $1,473,444, payable $122,787 monthly |
| Year 2 | Annual fee of $1,532,453, payable $127,704 monthly |
| Year 3 | Annual fee of $1,593,608, payable $132,801 monthly |

B.   An alternative compensation calculation shall be made monthly in accordance with the following formula:

A calculation shall be made monthly to determine the number of service hours provided.  The number of service hours for the month will then be multiplied by a factor as follows:

Year 1     **$82.40**/service hour
Year 2     **$85.70**/service hour**
Year 3     **$89.12**/service hour**

A calculation shall be made monthly to determine the number of additional buses, if any, were provided on each day. The aggregate number of additional buses provided shall be multiplied by $254 per day for each such bus.

The resulting dollar amounts from service hours and additional buses shall then be added together.

C. To the extent that the calculation set forth in Section 4.01(B) results in a compensation amount in excess of the amount actually paid pursuant to Section 4.01(A) above, additional compensation shall be paid to the Contractor. Such additional compensation will be computed and invoiced monthly and such computation shall be cumulative throughout the fiscal year, with the final computation and calculation made as of the last day of each fiscal year. Any liquidated damages due from Contractor to County pursuant to Section 3.15 of this Contract shall be assessed against any amounts owing pursuant to Section 4.01(B) prior to the monthly payments.

D. Notwithstanding anything in this Contract to the contrary and subject to the following sentence, the aggregate of all other amounts paid to Contractor pursuant to the provisions of this Contract ("Other Amounts") each fiscal year cannot exceed 90% of the amount paid pursuant to Section 4.0(A). For purposes of computing the limitation set forth in the previous sentence, the following amounts paid to Contractor are NOT included in Other Amounts: (1) payments pursuant to Section 4.0(A), (2) reimbursements for actual costs (without any overhead) of operation and maintenance of buses and (3) direct pass through costs of third party vendors.

Service hours are defined as first time point to last time point, including recovery time and off-route deadhead time.

COUNTY OF LOUDOUN, VIRGINIA
Division of Purchasing & Support Services
1 Harrison Street, S.E.
P.O. Box 7000
Leesburg, Virginia  20177-7000
Phone:        (703) 777-0403
Fax:           (703) 771-5097

By_____

Name_____

Title_____ Assistant Purchasing Agent

By_____

Name_____ Tina M. Borger

Title_____ Purchasing Agent

Date_____ 6/30/04

Yellow Bus Service, Inc.
d/b/a/ Connex
2100 Huntingdon Avenue
Baltimore, MD 21211

Phone:        (443) 573-3448
Fax:           (410) 369-3075

By_____

Name_____ Terry Oates

Title_____ Chief Financial Officer

Date_____ 6-30-04

APPROVED AS TO FORM BY THE LOUDOUN COUNTY ATTORNEY'S OFFICE

By_____        Title_____ County Attorney

Name_____ Jack Roberts        Date _____ 6 - 30 - 04

41