IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD E. NEDEROSTEK and<br>CHERYL V. NEDEROSTEK,<br>Personal Representatives of the Estate of<br>MARK STEPHEN NEDEROSTEK, Deceased, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THERESE MOORE, et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Case No. 1:06-cv-308-RCL<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

THIS MATTER CAME TO BE HEARD on Defendants County of Loudoun, Department of Transportation Services, and Loudoun County Board of Supervisors' (hereinafter collectively referred to as "the Loudoun Defendants"), Motion to Dismiss, or in the alternative, for Summary Judgment; and

IT APPEARING TO THE COURT that said motion should be granted; it is therefore

ORDERED that Defendants County of Loudoun, Department of Transportation Services, and Loudoun County Board of Supervisors' Motion to Dismiss, or in the alternative, for Summary Judgment is hereby GRANTED.

AND THIS CAUSE IS CONTINUED.

ENTERED this _____ day of _____, 2006.

_____
JUDGE

WE ASK FOR THIS:


_____/s/ Amy L. Kuzila_____
Amy L. Kuzila, Esquire
DC Bar No. 490873
Thomas Moore Lawson, Esquire
Thomas O. Lawson, Esquire
LAWSON AND SILEK, P.L.C.
160 Exeter Drive, Suite 103
P.O. Box 2740
Winchester, VA 22604
Phone: (540) 665-0050
Fax:    (540) 722-4051

John R. Roberts (VSB #22366)
County Attorney
Angela K. Plowman (VSB #37402)
Assistant County Attorney
One Harrison Street, S.E., 5th Floor
Leesburg, VA 20175
Telephone:  703-777-0307
Facsimile:   703-771-5025

Counsel for Defendants County of Loudoun,
Department of Transportation Services, and
Loudoun County Board of Supervisors

Copies to:

    Amy L. Kuzila, Esquire
    Thomas Moore Lawson, Esquire
    Thomas O. Lawson, Esquire
    LAWSON AND SILEK, P.L.C.
    160 Exeter Drive, Suite 103
    P.O. Box 2740
    Winchester, VA 22604

    Robert C. Morgan, Esquire
    Morgan Shelsby Carlo Downs & Everton
    Executive Plaza IV, Suite 100
    11350 McCormick Road
    Hunt Valley, MD 21030

    Robert G. McGinley, Esquire
    Law Offices of Robert G. McGinley, P.C.
    4601 Forbes Boulevard, Suite 200
    Lanham, MD 20706

    Therese Moore
    19235 Kepharts Mill Terrace
    Leesburg, VA 20176

    Virginia Regional Transportation Association
    109 N. Baily Lane
    Purcellville, VA 20132

    Connex North America, Inc.
    8757 Georgia Avenue, Suite 1300
    Silver Spring, MD 20910

    Connex Transit, Inc.
    2100 Huntingdon Avenue
    Baltimore, MD 20910

    Mary Dimaio, Esquire
    Mahr and Associates
    502 Washington Avenue
    Towson, MD 21204