IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD E. NEDEROSTEK, ET AL       *

     Plaintiffs                    *

v.                             *     Case:  1:06 cv 308-RCL

THERESE MOORE, ET AL          *

     Defendants                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## WITHDRAWAL AND ENTRY OF APPEARANCE

Kindly withdraw the appearance of Amy L. Kuzila, Esquire, Thomas Moore Lawson, Esquire, Thomas O. Lawson, Esquire, Lawson and Silek, P.L.C., John R. Roberts, Esquire, and Angela K. Plowman, Esquire, as counsel for defendants County of Loudoun, Department of Transportation Services, and Loudoun County Board of Supervisors, and enter the appearance of Mary Malloy Dimaio as counsel for those defendants.

LAWSON AND SILEK, P.L.C.

Amy L. Kuzila

Thomas Moore Lawson

Thomas O. Lawson
160 Exeter Drive – Suite 102
P. O. Box 2740
Winchester, VA  22604
540.665.0050          Fax:  540.722.4051

John R. Roberts, VSB# 22366
County Attorney

Angela K. Plowman, VSB# 37402
Assistant County Attorney
One Harrison Street, SE
5th Floor
Leesburg, VA  20175
703.777.0307          Fax:  703.771.5025

LAW OFFICE OF MAHER & ASSOCIATES

Mary Malloy Dimaio, MD 006794
502 Washington Avenue
Suite 410 – Nottingham Centre
Towson, MD  21204
410.769.8100          Fax:  410.769.8344

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _16th_ day of _March_, 2006, a copy of the foregoing Withdrawal and Entry of Appearance was electronically served and/or mailed to:

Robert C. Morgan, Esquire
Morgan Shelsby Carlo Downs & Everton
11350 McCormick Road
Suite 100 – Executive Plaza IV
Hunt Valley, MD  21030
Attorney for Plaintiffs

Robert G. McGinley, Esquire
Law Offices of Robert G. McGinley, P.C.
4601 Forbes Boulevard
Suite 200
Lanham, MD  20706
Attorney for Defendant William H. Woods, Sr.

John R. Roberts, County Attorney
Angela K. Plowman, Asst. County Attorney
One Harrison Street, SE
5th Floor
Leesburg, VA  20175

Amy L. Kuzila, Esquire
Thomas Moore Lawson, Esquire
Thomas O. Lawson, Esquire
Lawson and Silek, P.C.
P. O. Box 2740
Winchester, VA 22604

Mary Malloy Dimaio