IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD E. NEDEROSTEK, ET AL          *

    Plaintiffs                             *

v.                                   *    Case: 1:06 cv 308-RCL

THERESE MOORE, ET AL                 *

    Defendants                           *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO REMAND

Defendants, County of Loudoun, Department of Transportation Services, and Loudoun County Board of Supervisors, by undersigned counsel, and with consent of plaintiff and all other defendants, move to remand this case to the Superior Court for the District of Columbia pursuant to 28 U.S.C. §1447 (c), and for reasons states:

1. Contrary to the statement in the Notice of Removal, the Estate of Mark Stephen Nederostek is a resident of the Commonwealth of Virginia, as Mr. Nederostek himself was while alive. 28 U.S.C. §1332 (c)(2).

2. As some of the defendants are also residents of the Commonwealth of Virginia, complete diversity of citizenship does not exist in this matter, and the case should be remanded back to the Superior Court for the District of Columbia.

WHEREFORE, defendants, County of Loudoun, Department of Transportation Services, and Loudoun County Board of Supervisors, by undersigned counsel, and with consent of plaintiffs and defendant William Henry Woods, Sr., move this Honorable Court to enter an Order:

    A.  Remanding this case back to the Superior Court for the District of Columbia; and

B. Granting such other relief as justice requires.

LAW OFFICE OF MAHER & ASSOCIATES

*(signature)*
Mary Malloy Dimaio, MD 006794
502 Washington Avenue
Suite 410 – Nottingham Centre
Towson, MD 21204
410.769.8100       Fax: 410.769.8344
Attorney for Defendants County of Loudoun,
Department of Transportation Services and
Loudoun County Board of Supervisors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2006, a copy of the foregoing Motion to Remand was electronically served and/or mailed to:

Robert C. Morgan, Esquire
Morgan Shelsby Carlo Downs & Everton
11350 McCormick Road
Suite 100 – Executive Plaza IV
Hunt Valley, MD 21030
Attorney for Plaintiffs

Robert G. McGinley, Esquire
Law Offices of Robert G. McGinley, P.C.
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706
Attorney for Defendant William H. Woods, Sr.

*(signature)*
Mary Malloy Dimaio

2