IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD E. NEDEROSTEK, ET AL | * |
| Plaintiffs | * |
| v. | *   Case:  1:06 cv 308-RCL |
| THERESE MOORE, ET AL | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This case having come before this Court on the Consent Motion to Remand, and the facts and matters alleged therein having been read in conjunction with all applicable law, it is this

_____ day of _____, 2006

ORDERED that said Consent Motion is hereby GRANTED; and it is further hereby

ORDERED that this case shall be remanded back to the Superior Court for the District of Columbia.

_____
JUDGE

cc:   Robert C. Morgan, Esquire
      Robert G. McGinley, Esquire
      Mary Malloy Dimaio, Esquire