UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD E. NEDEROSTEK and** ) <br> **CHERYL NEDEROSTEK,** ) <br> Personal Representatives of the Estate of ) <br> **MARK STEPHEN NEDEROSEK,** ) <br> Deceased, <u>et</u>. <u>al</u>., ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br>     v. ) <br> ) <br> **THERESE MOORE,** <u>et</u>. <u>al</u>., ) <br> ) <br>     **Defendants.** ) <br> ) | Civil Action No. 06-308 (RCL) |

## **ORDER**

Upon consideration of the Consent Motion [6] to Remand, and the facts and matters alleged therein having been read in conjunction with all applicable law, it is hereby

ORDERED that said Consent Motion [6] is hereby GRANTED. It is further

ORDERED that this case shall be remanded back to the Superior Court for the District of Columbia.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, March 20, 2006.