United States District Court<br>
for the District of Columbia<br>
United States Courthouse<br>
333 Constitution Avenue, NW<br>
Washington, D.C. 20001

Nancy Mayer-Whittington
Clerk

March 28, 2006

Clerk's Office
Superior Court
for the District of Columbia
500 Indiana Avenue, NW
Washington, DC 20001

RECEIVED
Civil Clerk's Office
MAR 2 8 2006
Superior Court of the
District of Columbia
Washington, D.C.

Re: 06cv308; NEDEROSTEK et al v. MOORE et al.

Dear Clerk:

On 3/20/06, this Court signed an order remanding the above-entitled case to your Court. Enclosed is a copy of that order together with our case file and a certified copy of the docket entries.

Please acknowledge receipt of our file on the duplicate copy of this letter. Please indicate your case number somewhere on the receipt.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Teresa Gumiel, Deputy Clerk

Enclosure(s)